**HENDERSON v HENDERSON**

[359 N.C. 184 (2004)]

ANGELA MARIA HENDERSON (NOW ANGELA MARIA WHITE) v.
JAMES BRYANT HENDERSON

No. 430A04

(Filed 17 December 2004)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 598 S.E.2d 433 (2004), vacating in part and remanding a judgment entered 27 February 2003 by Judge Daniel F. Finch in District Court, Granville County. Heard in the Supreme Court 8 December 2004.

*John M. Dunlow for plaintiff-appellee.*

*Currin & Dutra, LLP, by Amy R. Edge, for defendant-appellant.*

PER CURIAM.

AFFIRMED.